UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARHAD ADULI and CHERI ADULI, individually and on behalf of their deceased daughter, M.A., <br><br> Plaintiffs, <br><br> v. <br><br> THE J.M. SMUCKER COMPANY; SMUCKER FOODSERVICE, INC.; and WALMART, INC., <br><br> Defendants. | CASE NO. 2:24-mc-00051-TL <br><br> ORDER ON MOTION TO QUASH SUBPOENA |

This matter is before the Court on Defendants' Motion to Quash Subpoena or in the Alternative for a Protective Order. Dkt. No. 1. In their response, Plaintiffs "notify the Court that they have withdrawn the subpoena duces tecum served on Institute for Environmental Health, Inc.," and request that the motion be denied as moot. Dkt. No. 6 at 1; *see also id.* at 4 (Plaintiffs' email notice of withdrawal).

Accordingly, Defendants' motion is DENIED as moot. The Clerk SHALL close this matter. Defendants may reopen the matter if appropriate.

Dated this 23rd day of September 2024.

Tana Lin
United States District Judge